```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 09271
    WILLIAM D BENTLEY
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-9909

------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/16/08 .

    2.  The case was dismissed without confirmation, 05/22/2008.

    3.  The Debtor paid a total of $     811.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                             PAID        PAID
------------------------------------------------------------------------------
GMAC PAYMENT CENTER     SECURED VEHIC        .00             .00        327.92
        Summary of disbursements:
------------------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00         .00          .00           .00
PRINCIPAL PAID     327.92         .00         .00          .00        327.92
INTEREST PAID         .00         .00         .00          .00           .00
TOTAL PAID         327.92         .00         .00          .00        327.92
The Debtor's attorney, MYLER RUDDY & MCTAVISH      , was allowed $    3500.00
and was paid $    926.00  direct and $    436.04  through the plan.

The Trustee received $     47.04 .

Refunds to the Debtor totaled $        .00 .




    Dated: 09/10/08                      /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

```
                                          PAGE   2
        CASE NO. 08 B 09271 WILLIAM D BENTLEY
```